Strafford,
April 6, 1909.

### WARBURTON *v.* N. B. THAYER CO.

CASE, for negligence. Trial by jury before *Wallace*, C. J., at the September term, 1908, of the superior court, and verdict for the plaintiff.

The defendants manufactured shoes at East Rochester. The plaintiff was employed by them as a stitcher and was injured in consequence of her dress being caught upon a shaft revolving under the bench at which she worked. One ground of negligence was the absence of a skirt-guard or board. Subject to exception, the plaintiff was permitted to offer evidence that skirt-boards were generally provided in the factory. The order was,

*Exception overruled.*

*Felker & Gunnison*, for the plaintiff.

*Kivel & Hughes*, for the defendants.